**Jimmy Shane CANTRELL, Appellant,**

v.

**Grant HARRIS, Warden, Varner Unit, ADC; Larry Norris, Director, Arkansas Department of Correction; G. Moore, Captain, Varner Unit, ADC; John Doe; Marshall Gender, Varner Unit, ADC; Teresa Conrad, Ms., Varner Unit, ADC; Janice Metcalf, Varner Unit, ADC; Tamara Hammock, Ms., Varner Unit, ADC; Tim Moncrief, Assistant Warden, Varner Unit, ADC; James, Mr., Varner Unit, ADC; Judy Hathaway, Grievance Office, Varner Unit, ADC; Thomas Hurst, Appellees.**

Nos. 05–3693, 06–2054/2055/2056/2564.

United States Court of Appeals, Eighth Circuit.

Submitted: March 29, 2007.

Filed: April 10, 2007.

Jimmy Shane Cantrell, Grady, AR, pro se.

Christine Ann Boozer, Attorney General's Office, Little Rock, AR, for Appellees.

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

PER CURIAM.

In these five consolidated appeals, Arkansas inmate Jimmy Shane Cantrell (Cantrell) appeals several of the district court's [1] prejudgment orders and the ultimate dismissal order entered after an evidentiary hearing in his 42 U.S.C. § 1983 action. He also moves for appointment of counsel. After a de novo review, *see Randle v. Parker*, 48 F.3d 301, 303 (8th Cir. 1995) (standard of review), we conclude the dismissal of Cantrell's complaint was prop-

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, as to some orders adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

er. We further conclude the other orders resulted in no reversible error.

Accordingly, we affirm in all five appeals. *See* 8th Cir. R. 47B. We deny the pending motions for counsel.